**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals

## For the First Circuit

---

No. 02-1223

MARIA DEL CARMEN MENDEZ,

Plaintiff, Appellant,

v.

TOGO D. WEST, JR.,
ACTING SECRETARY OF VETERANS AFFAIRS,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[Hon. Jay A. García-Gregory, U.S. District Judge]

---

Before

Cyr, Senior Circuit Judge,
Lynch and Lipez, Circuit Judges.

---

Maria Del Carmen Mendez on brief pro se.

H.S. Garcia, United States Attorney, Miguel A. Fernandez, Assistant U.S. Attorney, and Fidel A. Sevillano Del Rio, Assistant U.S. Attorney, on brief for appellee.

---

February 13, 2003

---

**Per Curiam.** Appellant Maria Del Carmen Mendez, a nurse at a Veterans Administration health center in Puerto Rico, sued Togo D. West, Jr., the Acting Secretary of Veterans Affairs, claiming employment discrimination based on a mental disability. The district court granted the defendant's motion for summary judgment, and this appeal ensued. After carefully reviewing the record and the parties' briefs, we affirm the district court's judgment for essentially the reasons set out in that court's Opinion and Order, Mendez v. West, 177 F. Supp. 2d 121 (D.P.R. 2001), there being nothing to add to the discussion contained therein.

Affirmed. See Local Rule 27(c).